# WELLS MARBLE
## ATTORNEYS AT LAW

SHANDA M. YATES   T: 601.605.6915   F: 601.605.6901   syates@wellsmarble.com

March 3, 2011

**VIA FAX [601-638-5223] & REGULAR MAIL**
Wren C. Way, Esq.
Way, Field & Bodron
1001 Locust Street
Vicksburg, MS 39180

    Re:    **Diane N. Sanders v. Wal-Mart Stores, Inc.**
            **In the U.S. District Court, Southern District of MS, Western Division**
            **Civil Action No. 5:10-CV-124-DCB-JMR**

Dear Mr. Way:

    As you know, Wal-Mart propounded discovery to the Plaintiff on November 8, 2010. Wal-Mart thereafter filed a motion to compel Plaintiff's discovery responses which the Court granted. Pursuant to the Court's Order, Plaintiff was to fully respond to Wal-Mart's discovery requests by February 18, 2011. To-date we have not received Plaintiff's discovery responses. We will be forced to file a motion to dismiss this case based upon Plaintiff's failure to comply with the Court's discovery order unless we receive Plaintiff's discovery responses by Wednesday, March 9, 2011 and you agree to enter into a Joint Motion and submit a proposed Agreed Order to the Court requesting that the discovery and motions deadlines to extended to allow Wal-Mart reasonable time to complete discovery upon receipt of your client's discovery responses.

                Yours truly,

                WELLS MARBLE & HURST, PLLC

                Shanda M. Yates

SMY/lb



EXHIBIT A

P.O. Box 131 Jackson, MS 39205-0131 | 300 Concourse Boulevard, Suite 200 Ridgeland, MS 39157   T: 601.605.6900   F: 601.605.6901   www.wellsmarble.com
WELLS MARBLE & HURST, PLLC

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

      TRANSMISSION OK

      TX/RX NO                2444
      CONNECTION TEL                        916016385223
      CONNECTION ID
      ST. TIME                03/03 15:46
      USAGE T                 00'36
      PGS. SENT               1
      RESULT                  OK
```

## WELLS MARBLE
### ATTORNEYS AT LAW

SHANDA M. YATES    T: 601.605.6915    F: 601.605.6901    syates@wellsmarble.com

March 3, 2011

**VIA FAX [601-638-5223] & REGULAR MAIL**
Wren C. Way, Esq.
Way, Field & Bodron
1001 Locust Street
Vicksburg, MS 39180

      Re:    **Diane N. Sanders v. Wal-Mart Stores, Inc.**
             **In the U.S. District Court, Southern District of MS, Western Division**
             **Civil Action No. 5:10-CV-124-DCB-JMR**

Dear Mr. Way:

      As you know, Wal-Mart propounded discovery to the Plaintiff on November 8, 2010. Wal-Mart thereafter filed a motion to compel Plaintiff's discovery responses which the Court granted. Pursuant to the Court's Order, Plaintiff was to fully respond to Wal-Mart's discovery requests by February 18, 2011. To-date we have not received Plaintiff's discovery responses. We will be forced to file a motion to dismiss this case based upon Plaintiff's failure to comply with the Court's discovery order unless we receive Plaintiff's discovery responses by Wednesday, March 9, 2011 and you agree to enter into a Joint Motion and submit a proposed Agreed Order to the Court requesting that the discovery and motions deadlines to extended to allow Wal-Mart reasonable time to complete discovery upon receipt of your client's discovery responses.

                                                    Yours truly,