# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

DIANE N. SANDERS                                                     PLAINTIFF

VS.                             CIVIL ACTION NO. 5:10-CV-124 DCB-JMR

WAL-MART STORES, INC.                                   DEFENDANT

## PLAINTIFF'S RESPONSE TO THE FIRST SET OF INTERROGATORIES
## <u>PROPOUNDED BY WAL-MART</u>

Exhibit A

6. Identify each and every expert who has been consulted or retained relative to the cause of action and identify the subject matter upon which the expert is expected to testify, the substance of the facts and opinions of which the expert is expected to testify and a summary of the grounds for each opinion.

**Response:** The only experts were the doctors and the EMR workers.

Dated this 14th day of December, 2010.

Respectfully submitted,

**DIANE SANDERS**

By: s/Wren C. Way
WREN C. WAY (MSB No.7006)

OF COUNSEL:
WAY, FIELD and BODRON
1001 Locust Street
VICKSBURG, MS 39180
TELEPHONE: (601) 634-8968
FACSIMILE: . (601) 638-5223

CERTIFICATE OF SERVICE

I, Wren C. Way, do hereby certify that I have mailed, by U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to:

Shanda M. Yates, Esquire
Wells Marble and Hurst, PLLC
P.O. Box 131
Jackson, MS 39205-0131

SO-CERTIFIED this the 14th day of December, 2010.

s/Wren C. Way
WREN C. WAY (MSB No.7006)