**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DIANE N. SANDERS**                                                                                    **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 5:10-CV-124 DCB-JMR**

**WAL-MART STORES, INC.**                                                                       **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **DIANE N. SANDERS,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendants Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 15th day of February, 2012.

                                                                    s/David Bramlette
                                                                    **UNITED STATES DISTRICT COURT JUDGE**

Agreed to and Approved:

  *s/ Thomas M. Louis*                                       *s/ Wren C. Way*
Thomas M. Louis (MSB #8484)                      Wren C. Way (MSB #7006)
Shanda M. Yates (MSB #102687)                    Way, Field & Bodron
Wells Marble & Hurst, PLLC                           Post Office Box 1113
Post Office Box 131                                         Vicksburg, MS 39180
Jackson, MS  39205-0131                              *Attorneys for Plaintiff*
*Attorneys for Defendants*